1  DENNIS J. HERRERA - State Bar #139669
   City Attorney
2  GEORGE K. WONG - State Bar #75228
   Deputy City Attorneys
3  Fox Plaza
   1390 Market Street, 4th Floor
4  San Francisco, CA  94102-5408
   Telephone: (415) 554-3901
5  Facsimile: (415) 255-0733

6  HANSON BRIDGETT LLP
   ANDREW G. GIACOMINI - 154377
7  agiacomini@hansonbridgett.com
   JEFFREY M. CHU - 121381
8  jchu@hansonbridgett.com
   LINDA E. KLAMM - 71506
9  lklamm@ hansonbridgett.com
   WALTER R. SCHNEIDER - 173113
10 wschneider@ hansonbridgett.com
   425 Market Street, 26th Floor
11 San Francisco, CA  94105
   Telephone:   (415) 777-3200
12 Facsimile:    (415) 541-9366

13 Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO
14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| 17 | CITY AND COUNTY OF SAN FRANCISCO, | No. CV 10-2188 |
|----|---|---|
| 18 |  | **STIPULATION OF DISMISSAL** |
| 19 | Plaintiff, |  |
| 20 | v. |  |
| 21 | LEXINGTON INSURANCE COMPANY, Does 1-30, inclusive |  |
| 22 | Defendants. |  |

23

24     Plaintiff CITY AND COUNTY OF SAN FRANCISCO ("CCSF") and Defendant

25 LEXINGTON INSURANCE COMPANY ("LEXINGTON"), through their respective

26 counsel, file this stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal

27 Rules of Civil Procedure.

28

- 1 -

STIPULATION OF DISMISSAL                                                    2841962.1

1. On or about April 22, 2010, CCSF filed a complaint against LEXINGTON in California Superior Court, San Francisco County.

2. On or about May 20, 2010, LEXINGTON filed a notice of removal to remove the case to this Court.

3. No other party has appeared in this case.

4. CCSF moves to dismiss the suit.

5. LEXINGTON, which served a motion to dismiss the suit on or about June 4, 2010, agrees to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a Court order for dismissal of the case.

9. CCSF has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice to refiling.

IT IS SO STIPULATED:

DATED: February 4, 2011                          HANSON BRIDGETT LLP


By: s/ Walter R. Schneider
WALTER R. SCHNEIDER
Attorneys for Plaintiff CITY AND
COUNTY OF SAN FRANCISCO

IT IS SO STIPULATED:

DATED: February 4, 2011                          McCURDY & FULLER, LLP


By: s/ Mary P. McCurdy
MARY P. McCURDY
Attorneys for Defendant LEXINGTON
INSURANCE COMPANY

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

STIPULATION OF DISMISSAL

- 2 -

2841962.1